**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00086-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOHN W. BURKE,

      Defendant.

---

### MINUTE ORDER[1]

---

      A Notice of Disposition was filed on February 28, 2013. A Change of Plea hearing is set for **May 9, 2013**, at 10:00 a.m., at which counsel and the defendant shall appear without further notice or order. **Counsel for the parties shall deliver or e-mail a courtesy copy of all plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCivR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) **COPY** of the plea agreement and the statement in advance. *See* D.C.COLO.LCivR11.1F.

      Dated: February 28, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.